IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. ELH-12-2394 |
| | ) | |
| $4,400 U.S. CURRENCY, | ) | |
|     Defendant. | ) | |

## NOTICE OF COMPLAINT FOR FORFEITURE

TO: Andrew Stern, *pro se*
    1806 Thames Street
    Apt. 18
    Baltimore, Maryland 21231

The enclosed Complaint is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

    1.     DATE OF NOTICE: August 21, 2012

    2.     FORFEITURE COMPLAINT: On August 10, 2012, the United States of America filed a civil complaint seeking forfeiture, pursuant to 21 U.S.C. §881(a)(6) in the United States District Court for the District of Maryland, Northern Division, against the following defendant property: **$4,400 U.S. CURRENCY.**

    3.     FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within 35 days after the date of this notice, if the notice is delivered by mail, or within 35 day of the date of delivery, if the notice personally served and not sent by mail.

    4.     CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's

interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5. **FILING OF AN ANSWER:** If you file a verified claim, then, within 21 days after filing the verified claim, you **must also** file **either** (1) an answer to the Complaint, **or** (2) a motion under Rule 12 of the Federal Rules of Civil Procedure (see Supplemental Rule G(5)(b)). If you choose to file an answer, the content of your answer is specified in Rule 8(b) of the Federal Rules of Civil Procedure. Rule 8(b) requires you to state "in short and plain terms" your "defenses to each claim asserted" in the Complaint, and to "admit or deny the allegations asserted" by the Government in the Complaint.

6. **FILING WITH COURT AND SERVICE ON UNITED STATES:** The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the District of Maryland, Northern Division, United States Courthouse, 101 W. Lombard Street, Baltimore, MD 21201, and a copy of the claim and answer or motion must be sent to Evan T. Shea, Assistant United States Attorney, 36 S. Charles Street, Fourth Floor, Baltimore, MD 21201.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

Rod J. Rosenstein
United States Attorney

By: _____
Naquita C. Ervin
FSA Paralegal Specialist

Encls.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7011 2000 0001 4334 2974

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Andrew Stern, pro se
Street, Apt No.; or PO Box No. 1898 SSI PMN ($44.00)
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Andrew Stern, pro se
   1806 Thames Street
   Apt. 18
   Baltimore, MD 21231

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): ALONSO STERN
C. Date of Delivery: 8/23/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):
   7011 2000 0001 4334 2974

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540